ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SANTA CLARA ) NO. C 06 1017 MJJ
COUNTY AUTOMOTIVE TRADES, )
et al., ) ORDER TO CONTINUE CASE
) MANAGEMENT CONFERENCE
             Plaintiffs, )
)
    vs. )
)
CENTURY CHRYSLER PLYMOUTH, etc., )
)
             Defendant. )
_____)

      IT IS ORDERED that the Case Management Conference in this case set for May 16, 2006 be continued to ~~August 1, 200~~6 August 29, 2006 at 2:00 p.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 5/12/2006                          _____
                                             Honorable Martin J. Jenkins

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE