```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SANTA CLARA COUNTY AUTOMOTIVE TRADES<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY CHRYSLER PLYMOUTH, etc.<br><br>Defendant. | NO. C 06 1017 MJJ<br><br><u>NOTICE OF<br>VOLUNTARY DISMISSAL</u><br>and ORDER |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for August 29, 2006 at 2:00 p.m. in Courtroom No. 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:     July 19, 2006          ERSKINE & TULLEY

By:   /s/ Michael J. Carroll
     Michael J. Carroll
     Attorneys for Plaintiff

IT IS SO ORDERED
Judge Martin J. Jenkins
7/24/2006

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | I am a citizen of the United States and employed in the City and |
| 3 | County of San Francisco, California.  I am over the age of eighteen |
| 4 | years and not a party to the within above entitled action; my |
| 5 | business address is 220 Montgomery Street, Suite 303, San |
| 6 | Francisco, California 94104.  On July 19, 2006 I served the within |
| 7 | NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by |
| 8 | placing a true copy thereof enclosed in a sealed envelope with |
| 9 | postage thereon fully prepaid, in the United States post office |
| 10 | mail box at San Francisco, California, addressed as follows: |
| 11 | **Century Chrysler Plymouth** |
| | **1095 W. El Camino Real** |
| 12 | **Sunnyvale, CA 94087** |
| 13 | I, SHARON EASTMAN, certify (or declare), under penalty of perjury |
| 14 | that the foregoing is true and correct. |
| 15 | Executed on July 19, 2006 at San Francisco, California. |
| 16 | /s/ Sharon Eastman |